# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS BARNES,<br><br>Petitioner,<br><br>v.<br><br>HUBERT CORPENING, et al.,<br><br>Respondents. | Case No. CV 16-01830 BRO (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: 3.22.16

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE